IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MICHELE ORWIN,**<br><br>                    **Plaintiff,**<br><br>     v.<br><br>**AARP,**<br><br>                    **Defendant.** | **Civil Action No. 1:07-cv-00918 (RJL)** |

## DEFENDANT AARP's ANSWER TO COMPLAINT

Defendant AARP, by counsel, hereby responds to the Complaint as follows:

1. Paragraph 1 is a jurisdictional statement to which no response is required. If a response were required, Defendant would deny that there is any basis for this action under the statutes cited.

2. Paragraph 2 is a statement of alleged jurisdiction to which no response is required. If a response were required, Defendant would deny that there is any basis for this action but would admit venue.

3. Defendant admits Plaintiff is a female who was formerly employed by Defendant and is without sufficient information to admit or deny the further allegations of paragraph 3.

4. Defendant denies there were any events that give rise to the claims alleged but admits the further allegation of paragraph 4.

5. Defendant admits the allegations of the first sentence of paragraph 5. As to the second sentence of paragraph 5, Defendant admits Plaintiff was a speech writer

for various AARP executives.  Defendant denies as stated the allegations of the third sentence of paragraph 5.

6.     Defendant admits plaintiff was summoned to serve as a grand juror and that she informed her manager of this.  Defendant is without sufficient information to admit or deny the further allegations in paragraph 6.

7.     Defendant denies the allegations in paragraph 7.

8.     Defendant denies the allegations in paragraph 8.

9.     Defendant denies the allegations in paragraph 9.

10.    Defendant denies the allegations in paragraph 10, except answering further, states the two males mentioned were very close in age to Plaintiff.

11.    Defendant denies the allegations in paragraph 11.

12.    Defendant admits Plaintiff was terminated on November 29, 2006, and on information and belief admits that at the time of her termination she was 59 years old.  Answering further, Defendant denies the additional allegations of paragraph 12.

13.    Defendant denies the allegations in paragraph 13.

14.    Defendant denies the allegations in paragraph 14.

15.    Defendant denies the allegations in paragraph 15.

16.    Defendant denies the allegations in paragraph 16.

17.    Defendant denies the allegations in paragraph 17.

18.    Defendant denies that Plaintiff is entitled to any of the relief requested in her prayer for relief following paragraph 17 or to any other relief.

## AFFIRMATIVE AND OTHER DEFENSES

In further response to the Complaint, Defendant states the following affirmative and other defenses.

## FIRST DEFENSE

Plaintiff's Complaint, in whole or in part, fails to state a claim upon which case be granted.

## SECOND DEFENSE

Plaintiff's claims are barred in whole or in part by her unclean hands.

## THIRD DEFENSE

All decisions made in connection with Plaintiff's employment or termination were made in good faith for legitimate business reasons.

## FOURTH DEFENSE

Plaintiff cannot state a claim on the facts herein that would entitle her to punitive damages.

## FIFTH DEFENSE

Plaintiff has failed in whole or in part to mitigate her damages.

## SIXTH DEFENSE

Plaintiff has failed to satisfy necessary prerequisites as to some or all of her claims.

## SEVENTH DEFENSE

Defendant should be awarded its fees and costs for the defense of some or all Plaintiff's meritless claims.

- 4 -

**WHEREFORE**, Defendant respectfully requests that he Complaint be dismissed with prejudice and that it be awarded its fees and costs and such other relief as the Court deems just and proper.

Dated:  July 18, 2007

Respectfully submitted,

  /s/ Frank C. Morris, Jr.
Frank C. Morris, Jr. (DC Bar #211482)
Epstein Becker & Green, P.C.
1227 – 25th Street, N.W., Suite 700
Washington, DC  20037
Tel:  (202) 861 1880
Fax: (202) 861 3520

Counsel for Defendant, AARP

- 5 -

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 18th day of July 2007, I have caused copies of the Answer of Defendant AARP to Plaintiff's Complaint to be served upon the following counsel of record through the Court's Electronic Court Filing system:

> Mona Lyons, Esq.
> Law Office of Mona Lyons
> 1666 Connecticut Ave., NW, Suite 500
> Washington, DC  20009

    /s/ Frank C. Morris, Jr.\_\_\_\_\_
Frank C. Morris, Jr.