UNITED STATES DISTRICT COURT
for the DISTRICT OF COLUMBIA

| | ) | |
|---|---|---|
| MICHELE ORWIN | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Case No.07cv918(RJL) |
| AARP | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**SCHEDULING ORDER**

_____As proposed by the parties and upon consideration of the record herein, it is hereby

**ORDERED**

    1.    That all discovery shall be completed by March 1, 2008, except for discovery concerning expert witnesses, and that each party shall be limited to 40 interrogatories and seven depositions, except for depositions of experts;

    2.    That the parties shall submit a joint statement explaining their positions regarding alternative dispute resolution (ADR) procedures on or before December 1, 2007;

    3.    That any motion for summary judgment shall be filed on or before April 15, 2008, the opposition thereto by May 15, 2008, and any reply by May 30, 2008;

4. That, assuming the Court denies summary judgment, Plaintiff's expert witness statements shall be served on Defendant within 30 days thereafter, Defendant's expert witness statements shall be served on Plaintiff within the following 30 days, and any depositions of experts shall be conducted within the following 30 days;

**SO ORDERED.**

_____  _____
**Date**                         **Richard J. Leon**
                                 **United States District Judge**