UNITED STATES DISTRICT COURT
for the DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| MICHELE ORWIN | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Case No.07cv918(RJL) |
| AARP | ) | |
| Defendant. | ) | |

**JOINT STATEMENT CONCERNING**
**ALTERNATIVE DISPUTE RESOLUTION PROCEDURES**

Pursuant to the Court's scheduling order, the parties hereby submit a joint statement concerning alternative dispute resolution procedures.

The parties are currently engaged in settlement negotiations being conducted directly through their counsel. In the event that they are unable to reach a settlement without assistance, the parties recommend that the case be referred to a United States Magistrate Judge for mediation, as and if necessary after the Court's decides AARP's motion for summary judgment.

Respectfully submitted,
/s/ Mona Lyons
Mona Lyons (DC Bar # 914234)
LAW OFFICE OF MONA LYONS
1666 Connecticut Avenue, NW, Suite 500
Washington, D.C. 200090
(202) 387-7000, Ext.1302
Counsel for Plaintiff Michele Orwin

/s/ Frank C. Morris, Jr.
Frank C. Morris, Jr. (DC Bar #211482)
Epstein, Becker &Green, P.C.
1227 - 25th Street, N.W., Suite 700
Washington, D.C, 20037
(202) 861-1880
Counsel for Defendant AARP