IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHELE ORWIN,<br><br>        Plaintiff,<br><br>v.<br><br>AARP,<br><br>        Defendant. | Civil Action No. 1:07cv00918 (RJL) |

### STIPULATION OF DISMISSAL

NOW COME Plaintiff, Michele Orwin, by her attorney, and Defendant, AARP, by its attorneys, and hereby stipulate to dismissal of this action, with prejudice and without costs, each side to bear their own attorneys' fees.

Dated: April 21, 2008                                        Respectfully submitted,


/s/ Mona Lyons                                               /s/ Frank C. Morris, Jr.
Mona Lyons, Esq.                                             Frank C. Morris, Jr., Esq.
DC Bar No. 914234                                            Bar No. 211482
Law Office of Mona Lyons                                     Epstein Becker & Green, P.C.
1666 Connecticut Ave., N.W., Suite 500                       1227 25th Street, N.W., Suite 700
Washington, DC 20009                                         Washington, D.C. 20037
(202) 387-7000 x 1302                                        (202) 861-0900

Attorney for Plaintiff Michele Orwin                         Attorneys for Defendant AARP


### EXHIBIT A